In the Matter of the Charges Preferred against JOHN W. McELVENEY, a Patrolman and a Member of the Police Department of the City of Albany, N. Y., Appel-

lant. COMMISSIONER OF PUBLIC SAFETY OF THE CITY OF ALBANY, Respondent.—
Order and determination reversed on the law and facts and appellant rein-
stated as of date of his dismissal, with ten dollars costs and disbursements. All
concur.